NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
29863
29-AUG-2011
08:21 AM

NO. 29863

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
RICHARD PETTIGREW, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT
LIHUE DIVISION
(CASE NO. 5P108-01645)

ORDER OF AMENDMENT
(By:  Foley, Presiding J., Fujise and Leonard, JJ.)

IT IS HEREBY ORDERED that the Summary Disposition Order of the court filed on August 26, 2011 is amended by changing in the first paragraph on page 1 the charge of Sexual Assault in the Third Degree on lines 5 and 6 to Sexual Assault in the Fourth Degree.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, August 29, 2011.

Presiding Judge

Associate Judge

Associate Judge